IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, | No. C -11-05247 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| AVVENTURA IN PORTOFINO INC., | |
| Defendant. | |

On January 31, 2012, the Court approved the parties' stipulation to extend the time for Defendants to respond to Plaintiff's complaint, extending the deadline to February 11, 2012. There have been no other filings by the parties in this case. Accordingly, no later than June 1, 2012, the parties shall file a Joint Status Report informing the Court of the status of this case. If they have not done so already, the parties shall also file a Notice of Need for Mediation, if appropriate.

IT IS SO ORDERED.

Dated: May 21, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge