IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY,<br><br>    Plaintiff,<br><br>v.<br><br>AVVENTURA IN PORTOFINO INC.,<br><br>    Defendant.<br>_____/ | No. C -11-05247 EDL<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2012, the Court approved the parties' stipulation to extend the time for Defendants to respond to Plaintiff's complaint, extending the deadline to February 11, 2012. On May 21, 2012, because there had been no other substantive filings by the Court following January 31, 2012, the Court issued an order requiring a Joint Status Report to be filed no later than June 1, 2012. To date, the parties have not filed a Joint Status Report, nor have they otherwise communicated with the Court about the status of this case.

Accordingly, Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's written response to this Order to Show Cause shall be due no later than September 11, 2012. A show cause hearing is scheduled for September 25, 2012 at 2:00 p.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA. It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by September 11, 2012, the Court will dismiss this action for failure to prosecute.

IT IS SO ORDERED.

Dated: September 4, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge